United States District Court
Southern District of Texas
**ENTERED**
March 30, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| DICKENSON PINEFOREST 2017, LLC, § <br> § <br> Plaintiff, § <br> VS. § <br> § <br> WRIGHT NATIONAL FLOOD § <br> INSURANCE COMPANY, § <br> § <br> Defendant. § | CIVIL ACTION NO. 3:19-CV-75 |

## CONDITIONAL DISMISSAL ORDER

The Court has been advised that a settlement has been reached between the parties after a mediation with United States Magistrate Judge Edison. Accordingly, it is hereby;

**ORDERED** that Plaintiff's claims against Defendants in the above-styled and -numbered case are **DISMISSED WITHOUT PREJUDICE** to refiling, unless any party represents in writing filed with the Court on or before Friday, May 29, 2020, that the settlement could not be completely documented.  If the parties wish the case disposed of on an agreed final judgment rather than this Order, it must be submitted to the Court on or before May 29, 2020.

All pending motions are hereby **DENIED** as moot.

**SIGNED** on Galveston Island this 30th day of March, 2020.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE