UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| DICKENSON PINEFOREST 2017, LLC, | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| V. | § | Civil Action No.: 3:19-cv-00075 |
| | § | |
| WRIGHT NATIONAL FLOOD | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| **Defendant.** | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Dickenson Pineforest 2017, LLC and Defendant, Wright National Flood Insurance Company, by counsel, pursuant to *Rule 41(a)(1)(A)(ii)* of the *Federal Rules of Civil Procedure*, stipulate the above action be and it is voluntarily dismissed, with prejudice, each party to bear its own costs.

Dated: May 19, 2020

Respectfully submitted,

**PANDIT LAW FIRM, L.L.C.**

BY: */s/ Rajan Pandit*

| | |
|---|---|
| RAJAN PANDIT, | La. Bar No. 32215 |
| | Fed. ID 1070660 |
| JOHN D. CARTER, | La. Bar No. 24334 |
| | Fed. ID 1058771 |

Hancock Whitney Center
701 Poydras Street, Suite 3950
New Orleans, LA 70139
Telephone: (504) 313-3800
Facsimile: (504) 313-3820
Email: rpandit@panditlaw.com

***Counsel For Plaintiff, Dickenson Pineforest 2017, LLC***

and

  /s/ Alexander S. de Witt
Alexander S. de Witt
Virginia State Bar No. 42708
Federal Bar No. 3087027
FREEBORN & PETERS LLP
901 East Byrd Street, Suite 950
Richmond, VA 23219
Telephone: (804) 644-1300
Facsimile: (804) 644-1354
E-mail: adewitt@freeborn.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2020, a copy of the foregoing was filed electronically with the Clerk of Court using this Court's CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.


*/s/ Rajan Pandit*
RAJAN PANDIT