UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| DICKENSON PINEFOREST 2017, LLC, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 3:19-CV-75 |
| § | |
| WRIGHT NATIONAL FLOOD § | |
| INSURANCE COMPANY, § | |
| § | |
| Defendant. § | |

## ORDER OF DISMISSAL

On May 19, 2020, the parties filed a Joint Stipulation of Dismissal with Prejudice (Dkt. 21) pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Accordingly, it is hereby **ORDERED** that all claims asserted against any party in the above-captioned lawsuit are **DISMISSED WITH PREJUDICE** to their being re-filed.

Each party shall bear its own attorneys' fees and costs.

**THIS IS A FINAL JUDGMENT.**

SIGNED on Galveston Island this 20th day of May, 2020.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE